166 So. 807

## In re OPINION OF THE JUSTICES.
### No. 38.

Supreme Court of Alabama.
April 6, 1936.

To the Honorable the Senate of Alabama:
Replying to your inquiry as to whether or not Senate Bill 27, a copy of which is thereto attached, violates section 70 of the Constitution of 1901:

We beg leave to inform you that the same being a revenue measure must originate in the House. Perry County v. Selma, Marion & Memphis Railroad Company, 58 Ala. 546.

True, the said bill seeks to amend an existing revenue act, but the right of the Senate to propose amendments to revenue measures applies to pending bills which originated in the House and not to such measures after they have been enacted. It is our opinion that the bill violates section 70 of the Constitution.

Respectfully,

JNO. C. ANDERSON,
Chief Justice.
LUCIEN D. GARDNER,
WILLIAM H. THOMAS,
VIRGIL BOULDIN,
JOEL B. BROWN,
ARTHUR B. FOSTER,
THOMAS E. KNIGHT,
Associate Justices.